### S10A1541. DAKER v. WARREN.
(709 SE2d 222)

HINES, Justice.

Pro se appellant Waseem Daker appeals the dismissal of his pre-trial petition for the writ of habeas corpus. For the reasons that follow, we reverse and remand.

It appears that Daker was arrested on January 15, 2010 on a warrant for malice murder, felony murder, burglary, aggravated stalking, and two counts of aggravated assault, based on events that occurred on October 23, 1995. He was denied a pre-trial bond,[1] and filed a petition for a writ of habeas corpus, alleging constitutional violations in the decision to deny him pre-trial bond, including that the trial court's denial of bail was arbitrary and a violation of the standards set forth in *Ayala v. State*, 262 Ga. 704 (425 SE2d 282)

---

[1] The transcript of the bond hearing is in the habeas record, and during the hearing, the court states that Daker is a flight risk.

(1993). The habeas court dismissed the petition, without a hearing.

Doing so was error. Regarding a pre-trial petition for a writ of habeas corpus, the State notes that when " 'the petition and exhibits attached thereto disclose without contradiction that the petition is without merit, it is not error to dismiss the same without a hearing.' [Cit.]" *Britt v. Conway*, 281 Ga. 189, 190 (637 SE2d 43) (2006). The habeas court had the authority to review Daker's petition asserting that he was illegally denied bail. See *Constantino v. Warren*, 285 Ga. 851 (684 SE2d 601) (2009); *Banks v. Waldrop*, 272 Ga. 475 (531 SE2d 708) (2000); *Mullinax v. State*, 271 Ga. 112 (1), (2) (515 SE2d 839) (1999). And, the petition and exhibits do not reveal without contradiction that Daker's claim that the trial court abused its discretion under *Ayala*, supra, is meritless. *Britt*, supra. Accordingly, we must reverse the dismissal of Daker's habeas petition and remand the matter to the habeas court for a determination on the merits. *Banks*, supra.

*Judgment reversed and case remanded. All the Justices concur, except Carley, P. J., who dissents.*

DECIDED MARCH 18, 2011.

Waseem Daker, *pro se.*

Patrick H. Head, *District Attorney*, John R. Edwards, Jesse D. Evans, *Assistant District Attorneys*, for appellee.